# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELVION LAMAR ADAMS,<br><br>Petitioner,<br><br>v.<br><br>KELLY HARRINGTON, Warden,<br><br>Respondent. | Case No. CV 11-2244 PSG (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Order Summarily Dismissing Petition for Writ of Habeas Corpus Without Prejudice and Denying Petitioner's Motion to Hold Proceedings in Abeyance.

DATED: ___March 25, 2011___

_____
HON. PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE